**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Sharon A. Beaman**                                    CASE NO   **14-37040**

                                                                 CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>Onemain Fi<br>6801 Colwell Blvd<br>Irving, TX 75039<br>xxxxxxxxxxxx6027 | **Describe Property Securing Debt:**<br>Automobile |
| Property will be (check one):<br>☐ Surrendered          ☑ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☑ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):<br>   Debtor will continue making payments to creditor without reaffirming.<br><br>Property is (check one):<br>☐ Claimed as exempt          ☐ Not claimed as exempt | |

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>Onemain Fi<br>6801 Colwell Blvd<br>Irving, TX 75039 | **Describe Leased Property:**<br>Automobile | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **3/17/2015**                                    Signature   **/s/ Sharon A. Beaman**
                                                                   *Sharon A. Beaman*

Date _____                            Signature _____